IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**VANDERBILT UNIVERSITY AND VANDERBILT UNIVERSITY MEDICAL CENTER,**<br><br>Defendants. | Civil No. 3:19-cv-00788<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffery S. Frensley |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against all defendants. None of the rights of any putative class members, other than the plaintiff, have been released or are otherwise affected by this dismissal.

Dated: January 13, 2020

Respectfully Submitted,

**GREG COLEMAN LAW PC**

*/s/ Lisa A. White*

Gregory F. Coleman (TN BRP #014092)
Lisa A. White (TN BPR #026658)
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

1

Anthony I. Paronich, (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

Gary M. Klinger (*pro hac vice*)
**KOZONIS & KLINGER, LTD.**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 283-3814
gklinger@kozonislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Lisa A. White*