UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. 3:19-cv-00788 |
| VANDERBILT UNIVERSITY and VANDERBILT UNIVERSITY MEDICAL CENTER, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Dismissal Without Prejudice. (Doc. No. 31.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE