# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                        Plaintiff,

v.                                            Case No.: 3:19–cv–00788

Vanderbilt University, et al.

                        Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/14/2020 re [32].

                                                                     Kirk L. Davies
                                                   s/ Greg Bowersock, Deputy Clerk